IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEINO JOHNSON, | : |
| | : |
|   Plaintiff | : CIVIL ACTION |
| | : |
| v. | : No. 18-991 |
| | : |
| TAMARIND THAI RESTAURANT | : |
| And AUSTIN SOUTH STREET LP | : |
| | : |
|   Defendants | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Keino Johnson and Defendants Tamarind Thai Restaurant AND Austin South Street LP stipulate that all of Plaintiff Keino Johnson's claims in the above- captioned action be and are voluntarily and entirely dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule 41.1(b) of the Local Rules of Civil Procedure for the Eastern District of Pennsylvania.

**COZEN AND O'CONNOR**                    **BRAUER & SCHAPIRO, LLC**

                                           BY:/s/Eric         Brauer_____
BY:/s/Johnaton Cavalier                     Eric B. Brauer, Esq.
Johnathon Cavalier, Esq.                    Atty I.D. No. 43624
1650 Market Street                          638 Newtown Yardley Road
Philadelphia, PA 17606                      Suite 2D
*Counsel for Tamarind Thai Restaurant*      Newtown, PA 18940
                                           *Counsel for Keino Johnson*


**ZEFF LAW FIRM LLC**

**BY** /S/ **GREGG L ZEFF**
199 CENTURY PARKWAY
SUITE 305
MT LAUREL NJ 08054