IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEINO JOHNSON, | : |
| Plaintiff | : CIVIL ACTION |
| v. | : No. 18-991 |
| TAMARIND THAI RESTAURANT And AUSTIN SOUTH STREET LP | : |
| Defendants | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Keino Johnson and Defendants Tamarind Thai Restaurant AND Austin South Street LP stipulate that all of Plaintiff Keino Johnson's claims in the above- captioned action be and are voluntarily and entirely dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule 41.1(b) of the Local Rules of Civil Procedure for the Eastern District of Pennsylvania.

**COZEN AND O'CONNOR**    **BRAUER & SCHAPIRO, LLC**

BY:/s/Johnaton Cavalier
Johnathon Cavalier, Esq.
1650 Market Street
Philadelphia, PA 17606
*Counsel for Tamarind Thai Restaurant*

BY:/s/Eric        Brauer
Eric B. Brauer, Esq.
Atty I.D. No. 43624
638 Newtown Yardley Road
Suite 2D
Newtown, PA 18940
*Counsel for Keino Johnson*

**ZEFF LAW FIRM LLC**

**BY /S/ GREGG L ZEFF**
199 CENTURY PARKWAY
SUITE 305
MT LAUREL NJ 08054

## CERTIFICATE OF SERVICE

I certify that on September 18, 2018 a true and correct copy of the Initial Disclosure pursuant to Federal Rule of Civil Procedure 26(a)(1) was sent via email to the following:

Johnathon R Cavalier, Esquire
1650 Market Street
Suite 2800
Philadelphia Pa. 19103

/s/Eric Brauer
Eric Brauer, Esq.
Attorney for Plaintiff
Pennsylvania Bar No. 43624
Brauer & Schapiro, LLC
638 Newtown Yardley Road, Suite 2B
Newtown, PA 18940
Tel: (215) 953-9100

*approved and so ordered*
*Robert F. Kelly*
*Sept. 18, 2018*